AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Melina Bernardino, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-04570-LAK |
| Barnes & Noble Booksellers, Inc., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Barnes & Noble Booksellers, Inc.

Date:   06/28/2017

s/ Sandra C. Goldstein
*Attorney's signature*

Sandra C. Goldstein
*Printed name and bar number*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
*Address*

sgoldstein@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*