AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Melina Bernardino, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cv-04570-LAK |
| Barnes & Noble Booksellers, Inc., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Barnes & Noble Booksellers, Inc.                                                                      .

Date:      06/28/2017

s/ Stefan H. Atkinson
*Attorney's signature*

Stefan H. Atkinson
*Printed name and bar number*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

*Address*

satkinson@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*