UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELINA BERNARDINO, individually and on behalf of other similarly situated persons,<br><br>                                        Plaintiff,<br><br>vs.<br><br>BARNES & NOBLE BOOKSELLERS, INC.,<br><br>                                        Defendant. | Case No. 1:17-cv-04570-LAK-KHP |

**NOTICE OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND TO STAY PROCEEDINGS PENDING ARBITRATION**

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Kacey Sharrett, and pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 2-4, Defendant Barnes & Noble Booksellers, Inc. moves this Court, before the Honorable Lewis A. Kaplan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007-1312, for an order compelling arbitration of Plaintiff's claims against Defendant and staying all proceedings in the above-captioned action pending arbitration, and granting such other and further relief as the Court deems just and proper.

Dated: July 31, 2017

        CRAVATH, SWAINE & MOORE LLP,

    by

           /s/ Sandra C. Goldstein
           Sandra C. Goldstein
           Kevin J. Orsini
           Members of the Firm

Worldwide Plaza
  825 Eighth Avenue
    New York, New York 10019
      (212) 474-1000
        sgoldstein@cravath.com
        korsini@cravath.com

*Attorneys for Defendant Barnes & Noble Booksellers, Inc.*