UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2017

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MELINA BERNARDINO,

                                        Plaintiff,

                -against-                                        17-cv-4570 (LAK)

BARNES & NOBLE BOOKSELLERS, INC.,

                                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        This matter is before the Court on plaintiff's motion for a preliminary injunction. In a report and recommendation dated August 11, 2017 (the "R&R"), Magistrate Judge Katharine Parker recommended that the motion be denied. Plaintiff, while she does not object to the recommendation that the motion be denied, nevertheless objects to the R&R in order to quarrel with the magistrate judge's description of two decisions of other district courts and its application of one appellate decision. However, plaintiff's statement that she does not object to the recommendation that the motion be denied effectively concedes that her objections are immaterial to the outcome of the motion.

        Accordingly, plaintiff's motion for a preliminary injunction [DI 20] is denied. The objections are overruled without prejudice to plaintiff asserting her position with respect to those cases later in the litigation in the event that determination of her position ever becomes material. In all other respects, the Court adopts the R&R.

        SO ORDERED.

Dated:        August 28, 2017

                                        _____
                                        /s/ Lewis A. Kaplan
                                        Lewis A. Kaplan
                                        United States District Judge