USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-10-17

RECEIVED
OCT 10 2017
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MELINA BERNARDINO, individually and on behalf of other similarly situated persons,

    Plaintiff,

v.

BARNES & NOBLE BOOKSELLERS, INC.,

    Defendant.

CASE NO. 1:17-cv-4570-LAK-KHP

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

---

On October 6, 2017, Plaintiff moved for leave to file a sur-reply to address new evidence submitted by Defendant (ECF Nos. 66-68) in Support of its Motion to Compel Arbitration and to Stay Proceedings ("Arbitration Motion," ECF No. 40). Defendant does not oppose the motion for leave. Plaintiff's motion for leave is hereby GRANTED:

1. Plaintiff may file a sur-reply brief, not to exceed 10 pages, to address the new evidence submitted by Defendant.

2. The deadline to submit the sur-reply brief is __10/19__, 2017.

3. No further briefing on the Arbitration Motion shall be permitted absent leave of Court.

IT IS SO ORDERED.

Date: __10/9/17__

_____
Lewis A. Kaplan, United States District Judge

1