USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2\1\18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

MELINA BERNARDINO,

                          Plaintiff,

       -against-

BARNES & NOBLE BOOKSELLERS, INC.,
                          Defendant.
-----------------------------------------------------------X

17 CIVIL 4570 (LAK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated January 31, 2018, Defendant's motion to compel arbitration is granted. Plaintiff's motion to strike is denied as moot; accordingly, the case is closed.

Dated:  New York, New York
          February 1, 2018

                                           RUBY J. KRAJICK
                                             _____
                                               **Clerk of Court**
                   **BY:**    *[signature]*
                                               **Deputy Clerk**