# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

MELINA BERNARDINO, individually and on behalf of other similarly situated persons,

    Plaintiff,

v.

BARNES & NOBLE BOOKSELLERS, INC.,

    Defendant.

CASE NO. 1:17-cv-4570-LAK-KHP

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that plaintiff Melina Bernardino hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on February 1, 2018 [ECF No. 86], granting Defendant's motion to compel arbitration.

Dated:    March 2, 2018
              New York, NY

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

    */s/ David Straite*
Frederic S. Fox
David A. Straite
Joel B. Strauss
850 Third Avenue
New York, NY 10022
*dstraite@kaplanfox.com*
Tel.: 212.687.1980
Fax: 212.687.7714

**BARNES & ASSOCIATES**
Jay Barnes (admitted *pro hac vice*)
219 East Dunklin Street, Suite A
Jefferson City, MO 65101
*jaybarnes@zoho.com*
Tel.: 573.634.8884
Fax: 573.635.6291

**EICHEN CRUTCHLOW ZASLOW & McELROY**
Barry R. Eichen (admitted *pro hac vice*)
Evan J. Rosenberg (admitted *pro hac vice*)
40 Ethel Road
Edison, NJ 08817
*beichen@njadvocates.com*
Tel.: 732.777.0100

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King
Matthew George (admitted *pro hac vice*)
350 Sansome Street
San Francisco, CA 94014
*lking@kaplanfox.com*
Tel.: 415.722.4700
Fax: 415.772.4707

1

Fax: 732.248.8273

**WITES & KAPETAN P.A.**
Marc Wites (*pro hac vice* to be sought)
4400 North Federal Highway
Lighthouse Point, FL 33064
*mwites@wklawyers.com*
Tel.: 954.526.2729
Fax: 954.354.0205

      *Counsel for Plaintiff Melina Bernardino*